**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **THOBIAS TABE TAFANG,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2675-G** |
| | ) | |
| **FRED FIGUEROA et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

# ORDER

On September 28, 2026, Petitioner Thobias Tabe Tafang filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda L. Maxfield for preliminary review.

On October 29, 2026, Judge Maxfield issued a Report and Recommendation ("R. & R.," Doc. No. 9), in which she recommended that the Petition be granted and Petitioner be released from custody. *See id.* at 2-12 (citing *Zadvydas v. Davis*, 533 U.S. 678 (2001)). In the R. & R., Judge Maxfield advised the parties of their right to object to the R. & R. by November 5, 2026. Judge Maxfield also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

As of this date, no party has submitted an objection to the R. & R. or requested additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 9) is ADOPTED in its entirety.

IT IS THEREFORE ORDERED:

1. The Petition for Writ of Habeas Corpus (Doc. No. 1) is GRANTED.
2. Respondents are ORDERED to immediately release Petitioner Thobias Tabe Tafang into the United States, subject to an appropriate order of supervision.
3. Respondents shall file a declaration pursuant to 28 U.S.C. § 1746 within three (3) days of the date of this Order affirming Petitioner's release from custody into the United States.
4. The Court will separately enter judgment but retains jurisdiction over this matter to ensure compliance with this Order.

IT IS SO ORDERED this 16th day of November, 2026.

CHARLES B. GOODWIN
United States District Judge